| PROB 22 (Rev. 12/98) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 0754 4:95CR40053-005 |
|---|---|---|
| | JUDGE LEINENWEBER | DOCKET NUMBER (Rec. Court) |

**RECEIVED APR 17 2008** U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**MAGISTRATE JUDGE SCHENKIER**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| Royce L. Garrott | Southern District of Illinois | U. S. Probation Office Benton, IL 62812 |
| | NAME OF SENTENCING JUDGE Honorable J. Phil Gilbert | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 12/14/2007 | TO 12/13/2017 |

**OFFENSE**

Ct. 5: Conspiracy to Distribute and Possession With Intent to Distribute Cocaine Base
Ct. 7: Distribution and Possession With Intent to Distribute Cocaine Base

**08CR 352**

**FILED MAY 0 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 8, 2008
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 2 9 2008
Effective Date

_____
United States District Judge