

# UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF ILLINOIS**
301 West Main Street
Benton, IL 62812
618/439-7760

**Norbert G. Jaworski**
**Clerk**

May 9, 2008

F I L E D
May 13, 2008
MAY 1 3 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

O8CR 352

Clerk, United States District Court
Northern District of Illinois
219 South Dearborn
Chicago, IL 60604

Re:   Transfer of Jurisdiction of Royce L. Garrott
      Our File: 95-CR-40053-JPG

Dear Clerk:

On 5/9/08, an Order by the Honorable J. Phil Gilbert, U.S. District Judge, was filed transferring the probation jurisdiction from this District Court to the Northern District of Illinois.

The court is using the electronic case filing system. You may access our electronic case file at the following web address:                        to obtain a copy of this order, the docket sheet, indictment and judgment filed in this case. We have assigned a login and password for district courts to use in accessing this information. The login        ' and the password is *guest01*. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Sincerely,

Norbert G. Jaworski, Clerk

By:s/Deborah Agans, Deputy Clerk

MAY 1 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CR12
(12/04)

CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:95-cr-40053-JPG-5

Case title: USA v. Aguilar, et al

Date Filed: 08/14/1995
Date Terminated: 08/20/1996

---

Assigned to: Judge J. Phil Gilbert

Appeals court case numbers: 03-1712, 96-3155

**Defendant (5)**

**Royce L Garrott**
*TERMINATED: 08/20/1996*

represented by **Royce L Garrott**
#03515-025
FCC COLEMAN LOW
FCC Coleman Low
PO BOX 1031
Coleman, FL 33521
PRO SE

**John R. Abell**
Law Offices of John R. Abell
Post Office Box 321
Troy, IL 62294
618-667-7450
Fax: 618-667-7451
Email: KG2881@aol.com
*TERMINATED: 08/20/1996*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1); 846 (21:846=ND.F
CONSPIRACY TO DISTRIBUTE
NARCOTICS) Conspiracy to Distribute
and Possess with Intent to Distribute
"Crack" Cocaine
(5s)

**Disposition**

counts 5s, 7s and 8 statistically
dismissed due to sentencing as to counts
5ss and 7ss

21:841(a)(1) and 846 (21:846=ND.F
CONSPIRACY TO DISTRIBUTE
NARCOTICS) Conspiracy to Distribute
and Possession with Intent to Distribute
"Crack" Cocaine
(5ss)

defendant committed to the custody of
the U.S.B.P. for a term of 262 months as
to counts 5ss and 7ss to run concurrent
with one another; upon release from
imprisonment, defendant on supervised
release for a term of 10 years on counts
5ss and 7ss to r un concurrent with one
another; defendant fined a total amount
of $5,000.00 (interest waived);
defendant to pay a special assessment in
the amount of $100.00; defendant
remanded to the custody of the U.S.
Marshal

21:841(a)(1) (21:841A=ND.F
NARCOTICS - SELL, DISTRIBUTE,
OR DISPENSE) Distribution and
Possession with Intent to Distribute
"Crack" Cocaine
(7s)

counts 5s, 7s and 8 statistically
dismissed due to sentencing as to counts
5ss and 7ss

21:841(a)(1) (21:841A=ND.F
NARCOTICS - SELL, DISTRIBUTE,
OR DISPENSE) Distribution and
Possession with Intent to Distribute
"Crack" Cocaine
(7ss)

defendant committed to the custody of
the U.S.B.P. for a term of 262 months as
to counts 5ss and 7ss to run concurrent
with one another; upon release from
imprisonment, defendant on supervised
release for a term of 10 years on counts
5ss and 7ss to r un concurrent with one
another; defendant fined a total amount
of $5,000.00 (interest waived);
defendant to pay a special assessment in
the amount of $100.00; defendant
remanded to the custody of the U.S.
Marshal

21:841(a)(1) and 846 (21:846=ND.F
NARCOTICS-SELL, DISTRIBUTE,
OR DISPENSE) Conspiracy to
Distribute and Possess with Intent to
Distribute Cocaine Base
(8)

counts 5s, 7s and 8 statistically
dismissed due to sentencing as to counts
5ss and 7ss

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

---

## Plaintiff

**USA**                                    represented by **J. Christopher Moore**
Assistant U.S. Attorney - Fairview
Heights
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
618-622-3897
Email: chris.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/1995 | 2 | PRAECIPE for Warrant as to Raymond Aguilar, Phillip G Bennett, Kevin Roberts, Larry W Howard, Royce L Garrott, Zarka J Garrott (vlm) (Entered: 08/15/1995) |
| 08/09/1995 | | ARREST Warrant issued for Raymond Aguilar, Phillip Bennett, Kevin Roberts, Larry W Howard, Royce L Garrott, Zarka J Garrott (djs) (Entered: 08/21/1995) |
| 08/14/1995 | 1 | INDICTMENT by USA Counts filed against Raymond Aguilar (1) count(s) 1, 4; Phillip G Bennett (2) count(s) 1, 3, 5, 7, 8; Kevin Roberts (3) count(s) 1, 2, 6; Larry W Howard (4) count(s) 8, 9; Royce L Garrott (5) count(s) 8 and Zarka J Garrott (6) count(s) 8 (vlm) (Entered: 08/15/1995) |
| 08/17/1995 | | ARREST of defendant Raymond Aguilar, defendant Royce L Garrott, defendant Zarka J Garrott on 8/17/95 (krm) (Entered: 08/22/1995) |
| 08/17/1995 | 11 | MINUTES OF INITIAL APPEARANCE AND ARRAIGNMENTS (krm): before Mag Judge Philip M. Frazier initial appearance of Raymond Aguilar, Royce L Garrott, Zarka J Garrott; Attorney J. Kuenneke present for M. Day, AFPD; dft Raymond Aguilar, Royce L Garrott, Zarka J Garrott arraigned; not guilty plea entered; (cc: all counsel) Court Reporter Jane McCorkle (krm) (Entered: 08/22/1995) |
| 08/17/1995 | 11 | ORAL MOTION to detain by USA as to Royce L Garrott (krm) (Entered: 08/22/1995) |

| 08/17/1995 | 12 | CJA Form 23 (Financial Affidavit) as to Royce L Garrott (krm) (Entered: 08/22/1995) |
| 08/17/1995 | 14 | ORDER of Temporary Detention Pending Hearing by Mag Judge Philip M. Frazier as to Raymond Aguilar, Royce L Garrott, Zarka J Garrott ;detention hrg set 8:30 AM, 8/21/95 for Raymond Aguilar, for Royce L Garrott, for Zarka J Garrott before Mag Judge Philip M. Frazier in the USDC/Benton, IL (cc: all counsel) (krm) (Entered: 08/22/1995) |
| 08/17/1995 | 15 | ORDER for pretrial discovery and inspection as to defendant Raymond Aguilar, defendant Royce L Garrott, defendant Zarka J Garrott by Mag Judge Philip M. Frazier (cc: all counsel) (krm) (Entered: 08/22/1995) |
| 08/21/1995 | 17 | MINUTES OF DETENTION HEARINGS (krm): before Mag Judge Philip M. Frazier detention hearing held on 8/21/95 as to Raymond Aguilar, Royce L Garrott, Zarka J Garrott denying motion to detain [11-1], as to Aguilar; granting motion to detain [11-1], as to Royce Garrett granting motion to detain [11-1] as to Zarka Garrott (cc: all counsel) Court Reporter Jama Stanton (krm) (Entered: 08/22/1995) |
| 08/21/1995 | 20 | ORDER of Detention by Mag Judge Philip M. Frazier as to Royce L Garrott, Zarka J Garrott (cc: all counsel) (krm) (Entered: 08/23/1995) |
| 08/21/1995 | 22 | ORDER by Mag Judge Philip M. Frazier granting motion for withdrawal of attorney [21-1] withdrawing attorney Melissa A. Day for Zarka J Garrott (cc: all counsel) (krm) (Entered: 08/23/1995) |
| 08/21/1995 | 26 | NOTICE to all parties. Final pretrial conf set for 9:30 AM, 10/12/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL ;jury trial set 9:00 AM, 10/23/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Raymond Aguilar, Phillip G Bennett, Kevin Roberts, Larry W Howard, Royce L Garrott, Zarka J Garrott (cc: all counsel) (krm) (Entered: 08/23/1995) |
| 08/21/1995 | 27 | CJA Form 20 Copy 4 (Appointment of Counsel) by Mag Judge Philip M. Frazier Voucher # 0645547 Attorney Douglas A. Forsyth Sr. replacing FPD for Zarka J Garrott (cc: all counsel) (krm) (Entered: 08/23/1995) |
| 08/23/1995 | 29 | CJA Form 20 Copy 4 (Appointment of Counsel) by Mag Judge Philip M. Frazier Voucher # 0645548 Attorney John R. Abell for Royce L Garrott; dtd 8/21/95; nunc pro tunc 8/18/95 (cc: all counsel) (krm) (Entered: 08/23/1995) |
| 08/29/1995 |  | REMARK: Copy of the following mailed to Attorney John Drew: Indictment, Minutes of Arraignment, Order Setting Conditions of Release, Order for Pre-Trial Discovery and Inspection and Docket Entries (vlm) (Entered: 08/29/1995) |
| 09/22/1995 | 33 | MOTION for discovery and disclosure by Royce L Garrott without proposed order (vlm) (Entered: 09/25/1995) |

| | | |
|---|---|---|
| 09/25/1995 | | ARREST Warrant Executed as to Royce L Garrott on 8/17/95 (vlm) (Entered: 09/26/1995) |
| 09/28/1995 | | REMARK Contacted U.S. Probation Office regarding Phillip Bennett's failure to retain counsel (vlm) (Entered: 09/28/1995) |
| 10/04/1995 | 34 | NOTICE to all parties. ;Final pre-trial conf re set for 9:00 am on 10/19/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Raymond Aguilar, Phillip G Bennett, Kevin Roberts, Larry W Howard, Royce L Garrott, Zarka J Garrott (THIS MATTER IS REMOVED FROM THE 10/12/95 SETTING.) (cc: all counsel) (kjr) (Entered: 10/04/1995) |
| 10/13/1995 | 35 | NOTICE to all parties. ;prttrl conf reset for 9:00 am on 10/20/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Raymond Aguilar, Phillip G Bennett, Kevin Roberts, Larry W Howard, Royce L Garrott, Zarka J Garrott (THIS MATTER IS REMOVED FROM THE 10/19/95 SETTING.) (cc: all counsel) (kjr) (Entered: 10/13/1995) |
| 10/18/1995 | 39 | ORDER by Chief Judge J. P. Gilbert GRANTING IN PART AND DENYING IN PART motion for discovery and disclosure [33-1] (see order for specifics); Government ordered to give notice of use of evidence of similar crimes, etc. on or before 10/27/95 (cc: all counsel mailed 10/19/95) (vlm) Modified on 10/20/1995 (Entered: 10/20/1995) |
| 10/19/1995 | 42 | ORDER by Chief Judge J. P. Gilbert granting motion to continue 10/20/95 final pretrial hearing and 10/23/95 trial setting [37-1] ; prttrl conf reset for 9:00 AM 12/7/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL; jury trial reset for 9:00 AM 12/11/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL ; time from the date of this order until date trial reset is excludable for the purposes of speedy trial (XT excludable for all defendants) (cc: all (vlm) (Entered: 10/23/1995) |
| 10/20/1995 | 40 | ORDER by Chief Judge J. P. Gilbert denying motion for discovery [32-1] (see order for specifics) (cc: all counsel) (vlm) (Entered: 10/20/1995) |
| 10/20/1995 | 41 | NOTICE OF INTENT PURSUANT TO RULE 404(b) by defendant Royce L Garrott (copy to Chief Judge Gilbert) (vlm) (Entered: 10/20/1995) |
| 10/20/1995 | 45 | ORDER by Chief Judge J. P. Gilbert granting motion to continue final pre-trial set for 10/20/95 and trial set for 10/23/95 [38-1] ; prttrl conf reset for 9:30 AM 12/7/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. |

|  |  | Gilbert in the USDC/Benton, IL; jury trial reset for 9:00 AM 12/11/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL ; time fromm date of this order until the date to which the trial is rescheduled is excludable time for the purposes of speedy trial (XT Excludable) (cc: all (vlm) (Entered: 10/27/1995) |
|---|---|---|
| 10/23/1995 | 43 | MOTION to suppress evidence and for hearing by Royce L Garrott (vlm) (Entered: 10/24/1995) |
| 10/23/1995 | 44 | MEMORANDUM by defendant Royce L Garrott in support of Motion to Suppress Evidence [43-1] (vlm) (Entered: 10/24/1995) |
| 11/06/1995 | 46 | SUPPLEMENTAL MEMORANDUM by defendant Royce L Garrott re memorandum in support of motion to suppress [44-1], re motion to suppress evidence [43-1] (vlm) (Entered: 11/13/1995) |
| 11/15/1995 | 47 | RESPONSE by plaintiff USA to motion to suppress evidence [43-1] (vlm) (Entered: 11/16/1995) |
| 11/20/1995 | 48 | ORDER by Chief Judge J. P. Gilbert denying motion to suppress evidence [43-1] (see order for specifics), finding the motion for hearing [43-2] moot. (cc: all counsel) (vlm) (Entered: 11/20/1995) |
| 12/04/1995 | 51 | NOTICE to all parties. ;Final pre-trial conf reset for 9:30 am on 12/11/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL ;jury trial reset for 9:00 am 12/12/95 for Raymond Aguilar, for Phillip G Bennett, for Kevin Roberts, for W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Raymond Aguilar, Phillip G Bennett, Kevin Roberts, Larry W Howard, Royce L Garrott, Zarka J Garrott (THIS MATTER IS REMOVED FROM THE FINAL PRE-TRIAL SETTING OF 12/07/95 AND TRIAL SETTING OF 12/11/95) (cc: all counsel) (kjr) (Entered: 12/04/1995) |
| 12/05/1995 | 52 | MOTION in limine to exclude certain evidence at trial: evidence re: involvement in similar crimes, gang affiliation, plastic baggy found at hotel, and statements defendant made to law enforcement by Royce L Garrott without proposed order (vlm) (Entered: 12/06/1995) |
| 12/11/1995 | 57 | MINUTES OF FINAL PRETRIAL CONFERENCE (kjr): before Chief Judge J. P. Gilbert; denying motion for withdrawal of attorney Nobel Dowell for defendant Larry Howard [56-1] pretrial conference held on 12/11/95; jury trial reset for 9:00 AM 1/22/96 for Phillip G Bennett, for Kevin Roberts, for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL (cc: all counsel) Court Reporter Jane McCorkle (djs) (Entered: 12/14/1995) |
| 12/14/1995 | 61 | RESPONSE by plaintiff USA to motion in limine to exclude certain evidence at trial: evidence re: involvement in similar crimes, gang affiliation, plastic baggy |

| | | found at hotel, and statements defendant made to law enforcement [52-1] (djs) (Entered: 12/14/1995) |
|---|---|---|
| 01/04/1996 | 62 | SUPERSEDING INDICTMENT by USA; counts filed against Phillip G Bennett (2) count(s) 1s, 2s-4s, 5s, Larry W Howard (4) count(s) 5s, 6s, Royce L Garrott (5) count(s) 5s, 7s, Zarka J Garrott (6) count(s) 5s, 7s (vlm) (Entered: 01/08/1996) |
| 01/04/1996 | 64 | PRAECIPE for Warrants as to Larry W Howard, Royce L Garrott, Zarka J Garrott (Warrants issued to U.S. Marshal on 1/5/96) (vlm) (Entered: 01/08/1996) |
| 01/08/1996 | | REMARK Copy of Superseding Indictment to all counsel of record (vlm) (Entered: 01/08/1996) |
| 01/11/1996 | 66 | MINUTES OF ARRAIGNMENT ON SUPERSEDING INDICTMENT (PHILIP BENNETT AND ROYCE GARROTT) (krm): before Mag Judge Philip M. Frazier; not guilty pleas entered by Phillip Bennett and Royce Garrott to all counts in Superseding Indictment; bond continued as previously set for Phillip Bennett and Order of Detention as to Royce Garrott to remain in full force and effect (cc: all counsel) Court Reporter Jane Northcutt (vlm) (Entered: 01/11/1996) |
| 01/26/1996 | 71 | MOTION to sever pursuant to rule 14 of Federal Rules of Criminal Procedure by Royce L Garrott (djs) (Entered: 01/26/1996) |
| 01/26/1996 | 72 | MEMORANDUM by defendant Royce L Garrott in support of motion for severance [71-1] (djs) (Entered: 01/26/1996) |
| 01/26/1996 | | ARREST Warrant Executed as to Royce L Garrott on 1/11/96 (vlm) (Entered: 01/29/1996) |
| 01/26/1996 | 76 | ORDER by Chief Judge J. P. Gilbert granting motion to continue trial currently set for 1/22/96 [68-1]; prttrl conf reset for 9:30 AM 3/28/96 for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. in the USDC/Benton, IL; jury trial reset for 9:00 AM 4/8/96 for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J P. Gilbert in the USDC/Benton, IL ; and XT Excludable (interest of justice) ordered to begin 1/26/96 with stop date of 4/8/96 as to Larry W Howard, Royce L Garrott, Zarka J Garrott (cc: all counsel) (vlm) (Entered: 01/31/1996) |
| 01/30/1996 | 77 | ORDER by Chief Judge J P. Gilbert granting motion for production orders directed to the First Bank of Mt. Vernon (regarding Larry Howard) [70-1] (cc: all counsel and U.S. Marshal) (vlm) Modified on 01/31/1996 (Entered: 01/31/1996) |
| 01/30/1996 | 78 | ORDER by Chief Judge J P. Gilbert granting production of documents directed to Social Security Administration (regarding Larry Howard) re [70-1] (cc: all counsel and U.S. Marshal) (vlm) (Entered: 01/31/1996) |
| 01/31/1996 | 80 | ORDER by Chief Judge J P. Gilbert granting motion to continue terms and conditions of defendant's bail and his release on bond shall be continued until |

| | | further order of this court [79-1] (cc: all counsel) (djs) (Entered: 02/01/1996) |
|---|---|---|
| 02/02/1996 | 81 | RESPONSE by plaintiff USA to motion to sever pursuant to rule 14 of Federal Rules of Criminal Procedure [71-1] (vlm) (Entered: 02/05/1996) |
| 02/07/1996 | 82 | SUPERSEDING INDICTMENT by USA; counts filed against Phillip G Bennett (2) count(s) 1ss, 2ss-4ss, 5ss, Larry W Howard (4) count(s) 5ss, 6ss, Royce L Garrott (5) count(s) 5ss, 7ss, Zarka J Garrott (6) count(s) 5ss, 7ss (vlm) (Entered: 02/08/1996) |
| 02/07/1996 | 83 | PRAECIPE for Warrant (Superseding Indictment) as to Royce L Garrott; Warrant issued to U.S. Marshal (vlm) (Entered: 02/08/1996) |
| 02/08/1996 | | REMARK Copy of Second Superseding Indictment mailed to all counsel of record (vlm) (Entered: 02/08/1996) |
| 02/16/1996 | 92 | ORDER by Chief Judge J. P. Gilbert granting motion for production order directed to Boatmen's Bank South Central, Mt. Vernon, IL, to provide all account records and documents relating to Delores Howard [89-1] (cc: all counsel) (djs) (Entered: 02/16/1996) |
| 02/20/1996 | 94 | ORDER by Chief Judge J. P. Gilbert granting motion to withdraw praecipe for summons (document) as to Phillip G Bennett [91-1] (cc: all counsel) (vlm) (Entered: 02/20/1996) |
| 02/21/1996 | 95 | ORDER by Chief Judge J. P. Gilbert granting motion for production order directed to Bank of Illinois, Mt. Vernon, Illinois as to records regarding Delores Howard [93-1] (cc: all counsel) (vlm) (Entered: 02/22/1996) |
| 02/22/1996 | 96 | APPLICATION for Writ of Habeas Corpus ad testificandum by Royce L Garrott for production in Mt. Vernon Circuit Court for state forfeiture action trial on 4/16/96 at 9:30 AM w/prop order and prop writ (djs) (Entered: 02/22/1996) |
| 02/22/1996 | 97 | MINUTES OF ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT: (krm) before Mag Judge Philip M. Frazier dft Royce L Garrott, Zarka J Garrott arraigned; not guilty plea entered; Attorneys John Abell and Douglas Forsyth present; as to Royce L Garrott, Zarka J Garrott (cc: all counsel) Court Reporter Jane Northcutt (krm) (Entered: 02/22/1996) |
| 02/27/1996 | 99 | ORDER by Chief Judge J. P. Gilbert denying motion to sever pursuant to rule 14 of Federal Rules of Criminal Procedure [71-1] (cc: all counsel) (vlm) (Entered: 02/28/1996) |
| 03/12/1996 | | ARREST Warrant Executed as to Royce L Garrott on 2/22/96 (vlm) (Entered: 03/13/1996) |
| 03/15/1996 | 106 | NOTICE to all parties. ;jury trial reset to 9:00 am on 4/15/96 for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Larry W Howard, Royce L Garrott, Zarka J Garrott (THIS MATTER IS REMOVED FROM THE 4/8/96 TRIAL SETTING.) (cc: all counsel) (kjr) (Entered: 03/15/1996) |

| 03/28/1996 | 109 | ORDER regarding Jury Instructions by Chief Judge J. P. Gilbert (cc: all counsel) (vlm) (Entered: 03/28/1996) |
| 03/28/1996 | 110 | MINUTES OF FINAL PRE-TRIAL CONFERENCE (LARRY HOWARD, ZARKA GARROTT AND ROYCE GARROTT) (kjr): before Chief Judge J. P. Gilbert; final pre-trial conference held; Defendant Howard not present and Attorney Dowell has been unable to reach him; Attorney Dowell's oral motion to withdraw as counsel for Larry Howard is GRANTED; estimated trial time is 2 to 3 days; Royce Garrott waives right to appear under state action in Mt. Vernon and agrees to return to Saline County Jail; a Motion to Reconsider Detention to be filed and will be handled by Magistrate Judge Frazier; jury trial reset for 9:00 AM 5/6/96 for Larry W Howard, for Royce L Garrott, for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL ; this case will have #1 priority (cc: all counsel) Court Reporter Jane McCorkle (vlm) (Entered: 04/08/1996) |
| 03/28/1996 |  | (Utility Event) - Terminating attorney Nobel Y. Dowell Jr. for Larry W Howard (See Minutes (Document No. 110) of Final Pre-Trial Conference -- GRANTING oral Motion to Withdraw as Counsel (vlm) (Entered: 04/08/1996) |
| 03/28/1996 | 111 | MOTION for reconsideration of Court's 8/25/96 Order of Detention by Royce L Garrott (filed in open court) without proposed order (vlm) (Entered: 04/08/1996) |
| 04/08/1996 | 112 | ORDER by Chief Judge J. P. Gilbert granting Motion for Leave to Withdraw as counsel for Larry W. Howard (cc: all counsel) (vlm) (Entered: 04/09/1996) |
| 04/15/1996 | 113 | RESPONSE by plaintiff USA to motion for reconsideration of Court's 8/25/96 Order of Detention [111-1] (vlm) (Entered: 04/15/1996) |
| 04/25/1996 | 114 | ORDER by Chief Judge J. P. Gilbert that after de novo review of motion for reconsideration of Court's 8/25/96 Order of Detention [111-1]: affirms Order of Detention [20-1] (cc: all counsel) (jep) (Entered: 04/26/1996) |
| 04/30/1996 | 115 | APPLICATION for Writ of Habeas Corpus Ad Testificandum by USA for William D. Deloch for trial on May 7, 1996 at 9:00 AM in Benton, Illinois with proposed order and proposed WHCAT (vlm) (Entered: 04/30/1996) |
| 05/06/1996 | 117 | MEMORANDUM by plaintiff USA in support of petition for order to issue warrant for arrest of material witness Brenda Anderson [116-1] (djs) (Entered: 05/06/1996) |
| 05/06/1996 | 118 | ENHANCEMENT INFORMATION charging prior convictions by USA as to Royce L Garrott (copy to Chief Judge Gilbert and Probation) (vlm) (Entered: 05/06/1996) |
| 05/06/1996 | 120 | MINUTES OF DAY 1 OF JURY TRIAL (ROYCE GARROTT AND ZARKA GARROTT) (kjr): before Chief Judge J. P. Gilbert; voir dire conducted; jury selected; trial to begin as to Royce L Garrott, Zarka J Garrott at 9:00 AM on 5/7/96 ; denying motion for order to issue warrant for arrest of material witness Anderson [116-1]; granting in limine to exclude certain evidence at trial: evidence involvement in similar crimes, gang affiliation, plastic baggy found at |

| | | hotel, and statements defendant made to law enforcement [52-1] (cc: all counsel) Court Reporter Jane McCorkle (vlm) Modified on 05/09/1996 (Entered: 05/07/1996) |
|---|---|---|
| 05/07/1996 | 121 | ORDER by Chief Judge J. P. Gilbert granting application for WHCAT for William Deloch for 5/7/96 at 9:00 AM in Benton, IL [115-1] (cc: all counsel) (vlm) (Entered: 05/07/1996) |
| 05/07/1996 | | WRIT (WHCAT) for William Deloch for 5/7/96 issued and hand delivered to US Marshal/Benton (vlm) (Entered: 05/07/1996) |
| 05/07/1996 | 122 | MINUTES OF DAY 2 OF JURY TRIAL (ROYCE GARROTT AND ZARKA GARROTT) (kjr): before Chief Judge J. P. Gilbert; opening statements made; Government begins presenting evidence through witnesses; Zarka Garrott's oral motion for mistrial DENIED; jury to return and trial to resume at 9:00 AM on May 8, 1996 (cc: all counsel) Court Reporter Jane McCorkle (vlm) (Entered: 05/09/1996) |
| 05/07/1996 | 123 | STIPULATION filed by defendant Royce L Garrott, defendant Zarka J Garrott, plaintiff USA (vlm) (Entered: 05/09/1996) |
| 05/08/1996 | 124 | MINUTES OF DAY 3 OF JURY TRIAL (ROYCE GARROTT AND ZARKA GARROTT) (kjr): before Chief Judge J. P. Gilbert; Government continues to present evidence through witnesss; jury to return and trial to resume at 9:00 AM on 5/9/96 (cc: all counsel) Court Reporter Jane McCorkle (vlm) (Entered: 05/09/1996) |
| 05/13/1996 | 129 | MINUTES (kjr) OF DAY 5 JURY TRIAL: before Chief Judge J. P. Gilbert jury finds Royce Garrott (5) guilty on count(s) 5ss and 7ss; Zarka J Garrott (6) guilty on count(s) 5ss, 7ss ; Sent/disp hrg set 9:00 AM 8/9/96 for Royce L Garrott and for 10:00 AM 8/9/96 for Zarka J Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL ; (cc: court grants government's oral motion to withdraw government exhibits; exhibit list attached all counsel) Court Reporter Jane McCorkle (djs) (Entered: 05/16/1996) |
| 05/13/1996 | 130 | VERDICT of guilty as to count 5 of indictment as to Royce L Garrott (djs) (Entered: 05/16/1996) |
| 05/13/1996 | 131 | VERDICT of guilty on count 7 of indictment as to Royce L Garrott (djs) (Entered: 05/16/1996) |
| 05/13/1996 | 134 | JURY Instructions WITHDRAWN (djs) Modified on 05/16/1996 (Entered: 05/16/1996) |
| 05/13/1996 | 135 | JURY Instructions marked "GIVEN" (djs) Modified on 05/16/1996 (Entered: 05/16/1996) |
| 05/13/1996 | | JURY Instructions--one envelope "CLEAN" (djs) (Entered: 05/16/1996) |
| 05/13/1996 | | EXHIBITS FROM JURY TRIAL OF ROYCE GARROTT AND ZARKA GARROTT (# of envelopes 1) placed in Benton vault (djs) Modified on |

| | | 05/16/1996 (Entered: 05/16/1996) |
|---|---|---|
| 05/13/1996 | 136 | RECEIPT for permanent release of government's exhibits by plaintiff USA (large posters returned to USA and remainder returned to Mt. Vernon City Police Dept) (djs) Modified on 05/16/1996 (Entered: 05/16/1996) |
| 05/14/1996 | 126 | MINUTES OF DAY 4 OF JURY TRIAL (ROYCE GARROTT AND ZARKA GARROTT) (kjr): before Chief Judge J. P. Gilbert; Government continues to present testimony through witnesses; Government rests; Defendants' oral motions for directed verdict DENIED; Defendants present testimony through witnesses; Defendants rest; Defendants' motions for directed verdict of acquittal DENIED; jury instruction conference held; evidence closed; jury to return on Monday, May 13, 1996 (cc: all counsel) Court Reporter Jane McCorkle (vlm) (Entered: 05/14/1996) |
| 05/14/1996 | 128 | MOTION to SUBSTITUTE (RELEASE) exhibits 36, 37 & 38 with copies by USA as to Royce L Garrott, Zarka J Garrott w/prop order (djs) (Entered: 05/15/1996) |
| 05/21/1996 | | RETURN OF SERVICE OF WHCAT for William D. Deloch executed on 5/10/96 (vlm) (Entered: 05/28/1996) |
| 05/23/1996 | 137 | ORDER by Chief Judge J. P. Gilbert granting motion to substitute (release) exhibits 36, 37 & 38 with copies [128-1] (cc: all counsel) (vlm) (Entered: 05/23/1996) |
| 07/01/1996 | 146 | MEMORANDUM AND ORDER by Chief Judge J. P. Gilbert denying motion for leave to file a Motion for New Trial Out of Time [145-1] (cc: counsel) (vlm) (Entered: 07/01/1996) |
| 07/16/1996 | 147 | Notice/acknowledgment as to defendant Royce L Garrott concerning the presentence investigation report by plaintiff USA (objections to be filed) (cc: Chief Judge Gilbert, Probation Office) (djs) (Entered: 07/17/1996) |
| 07/16/1996 | 149 | OBJECTIONS to presentence investigation report of Royce Garrett by plaintiff USA (copy to Chief Judge Gilbert & Probation) (original filed under seal and placed in Benton vault) (djs) (Entered: 07/17/1996) |
| 07/16/1996 | 150 | OBJECTIONS to presentence investigation report of Zarka Garrott by plaintiff USA (copy to Chief Judge Gilbert and Probation) (original sealed and placed in Benton vault) (djs) (Entered: 07/17/1996) |
| 07/25/1996 | 151 | APPLICATION for Writ of Habeas Corpus Ad Testificandum by Royce L Garrott to be transferred to Mt. Vernon Courthouse for appearance on 9/4/96 w/prop order and writ (jep) (Entered: 07/25/1996) |
| 07/29/1996 | 152 | OBJECTIONS by defendant Royce L Garrott to presentence investigation report (copy to Chief Judge Gilbert and Probation) (SEALED) (djs) (Entered: 07/29/1996) |
| 08/01/1996 | 153 | ORDER by Chief Judge J. P. Gilbert denying application for writ of habeas |

| | | corpus ad testificandum by defendant Royce Garrott [151-1] (cc: all counsel) (djs) (Entered: 08/01/1996) |
|---|---|---|
| 08/14/1996 | 156 | NOTICE to all parties. Sent/disp hearing set at 9:30 am on 8/20/96 for Royce L Garrott before Chief Judge J. P. Gilbert in the USDC/Benton, IL as to Royce L Garrott (cc: all counsel) (kjr) (Entered: 08/14/1996) |
| 08/19/1996 | 158 | OBJECTIONS TO PRESENTENCE REPORT AS TO ROYCE GARROTT by plaintiff USA (copy to Chief Judge Gilbert and Probation) (SEALED) (vlm) (Entered: 08/20/1996) |
| 08/20/1996 | 162 | MINUTES OF DISPOSITION (ROYCE L GARROTT) (kjr): before Chief Judge J. P. Gilbert sentencing Royce L Garrott (5) count(s) 5ss, 7ss: defendant committed to the custody of the U.S.B.P. for a term of 262 months as to counts 5ss and 7ss to run concurrent with one another; upon release from imprisonment, defendant on supervised release for a term of 10 years on counts 5ss and 7ss to run concurrent with one another; defendant fined a total amount of $5,000.00 (interest waived); defendant to pay a special assessment in the amount of $100.00; defendant remanded to the custody of the U.S. Marshal ; statistically dismissing counts as to Royce L Garrott (5) count(s) 5s, 7s , 8 due to sentencing as to counts 5ss and 7ss as to Royce L Garrott (cc: all counsel) Court Reporter Jane McCorkle (vlm) (Entered: 08/20/1996) |
| 08/20/1996 | 163 | PRESENTENCE Report on Royce L Garrott (original sealed and held in sealed document area). (vlm) (Entered: 08/20/1996) |
| 08/20/1996 | 164 | RECOMMENDATION as to Royce L Garrott (original sealed and held in sealed document area). (vlm) (Entered: 08/20/1996) |
| 08/20/1996 | 167 | JUDGMENT and Commitment issued as to Royce L Garrott by Chief Judge J. P. Gilbert (cc: all counsel) (vlm) (dka, ). (Entered: 08/22/1996) |
| 08/22/1996 | | National Fine Center form prepared and distributed as to defendant Royce L Garrott (vlm) (Entered: 08/22/1996) |
| 08/23/1996 | 169 | NOTICE OF APPEAL on behalf defendant Royce L Garrott; regarding [162-3] (cc: all counsel) (vlm) (Entered: 08/23/1996) |
| 08/23/1996 | | JURISDICTIONAL STATEMENT pursuant to Circuit Rule #3 by defendant Royce L Garrott (vlm) (Entered: 08/23/1996) |
| 08/23/1996 | | SHORT RECORD transmitted to USCA-7 [169-1] (vlm) (Entered: 08/23/1996) |
| 09/04/1996 | | REMARK -- Pursuant to instructions from Chief Judge Gilbert, a copy of the Pro Se Objections to the Presentence Investigation Report (Doc. No. 170) forwarded to Attorney Doug Forsyth (a copy having previously been forwarded to U.S. Probation) (vlm) (Entered: 09/04/1996) |
| 09/06/1996 | | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [169-1] (ROYCE L GARROTT) USCA Number: 96-3155 (vlm) (Entered: 09/06/1996) |

| 09/09/1996 | 172 | PRO SE MOTION for appointment of appeal counsel by defendant Royce Garrott , for copy of transcripts by Royce Garrott by Royce L Garrott (copy to USAttorney, Attorney of Record) (djs) (Entered: 09/10/1996) |
| 09/09/1996 | 173 | PRO SE OBJECTIONS to presentence investigation report by defendant Royce L Garrott (copy to Chief Judge Gilbert and Probation) (djs) (Entered: 09/10/1996) |
| 09/12/1996 | 174 | ORDER by Chief Judge J. P. Gilbert denying motion for appointment of appeal counsel by defendant Royce Garrott [172-1], denying motion for copy of transcripts by Royce Garrott [172-2] (cc: all counsel) (vlm) (Entered: 09/16/1996) |
| 09/26/1996 | | RECORD ON APPEAL (ROYCE GARROTT) prepared consisting of two vols pleadings, one vol (brown env) exhibits, one vol (brown env) loose pleadings (jury instructions marked "clean"), 5 vols (brown env) in camera (sealed) documents (pre sentence investigation, recommendation and objections) Pleadings: two env of exhibits: one [169-1] (fe) (Entered: 09/26/1996) |
| 10/17/1996 | | TRANSCRIPT (ROYCE L GARROTT AND ZARKA J GARROTT) of jury trial (5/7/96 - 5/9/96); 3 volume(s) Court Reporter: Jane McCorkle (vlm) Modified on 10/18/1996 (Entered: 10/18/1996) |
| 10/17/1996 | | TRANSCRIPT (ROYCE L GARROTT) of 8/20/96 Sentencing Hearing; 1 volume(s) Court Reporter: Jane McCorkle (vlm) (Entered: 10/18/1996) |
| 10/23/1996 | | SHORT RECORD transmitted to USCA-7 [180-1] (fe) (Entered: 10/23/1996) |
| 10/28/1996 | 182 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) by Chief Judge J. Phil Gilbert approving fees in the total amount of $1,917.00 to Jane McCorkle for transcription fees as to Royce L Garrott (cc: all counsel) (vlm) (Entered: 10/30/1996) |
| 11/01/1996 | | NOTIFICATION by Circuit Court (USCA-7) of Appellate Docket Number regarding [180-1] (ZARKA J GARROTT) USCA Number: 96-3713 (vlm) (Entered: 11/01/1996) |
| 11/08/1996 | | TRANSCRIPT (ZARKA J GARROTT) of 10/18/96 Sentencing Hearing; 1 volume(s) Court Reporter: Jane McCorkle (vlm) (Entered: 11/12/1996) |
| 11/18/1996 | 185 | MOTION (ROYCE GARROTT) for (order) for additional documents to aid in the direct appeal by Royce L Garrott requesting copies of transcripts and superceding indictment (fe) (Entered: 11/18/1996) |
| 11/25/1996 | 186 | ORDER by Chief Judge J. P. Gilbert denying motion for (order) for additional documents to aid in the direct appeal [185-1] (cc: all counsel and Royce Garrott) (vlm) (Entered: 11/25/1996) |
| 01/06/1997 | 189 | PRO SE MOTION to compel disposition of the Motion for Additional Transcripts by Royce Garrott without proposed order (vlm) Modified on 01/31/1997 (Entered: 01/09/1997) |

| 01/17/1997 | 191 | CJA Form 20 (Attorney Payment Voucher #0645548) by Chief Judge Gilbert and Chief Judge Posner (USCA-7) approving total fees in the amount of $8,994.27 to Attorney John R. Abell for his representation of Royce L Garrott (cc: all counsel) (vlm) (Entered: 01/22/1997) |
|---|---|---|
| 02/03/1997 | 193 | ORDER by Chief Judge J. P. Gilbert granting motion to reduce Phillip G Bennett's sentence from 46 months to 39 months [192-1] (cc: all counsel) (vlm) (Entered: 02/03/1997) |
| 02/19/1997 | 195 | ORDER by Chief Judge J. P. Gilbert denying as moot the motion to compel disposition of the Motion for Additional Transcripts [189-1] (cc: all counsel) (vlm) (Entered: 02/19/1997) |
| 02/26/1997 |  | RECORD ON APPEAL checked out by J. Christopher Moore for plaintiff USA (2 vols pleadings, 4 vols transcripts) [169-1](fe) Modified on 02/26/1997 (Entered: 02/26/1997) |
| 02/26/1997 |  | RECORD ON APPEAL (ZARKA GARROTT) prepared [180-1] consisting of 2 vols pleadings, 1 vol sentencing transcript (3 vols trial transcript filed w/ appeal #96-3155/USA v ROYCE GARROTT), 1 envelope exhibits (filed w/ appeal #96-3155), 1 envelope loose pleadings (jury instructions marked "clean"), 5 envelopes sealed documents (3 sealed objections to PSI, 1 sealed PSI, 1 sealed recommendation) (fe) (Entered: 02/26/1997) |
| 02/27/1997 |  | RECORD ON APPEAL checked out by J. Christopher Moore for plaintiff USA [180-1] (2 vols pleadings, 1 vol transcript) (fe) (Entered: 02/27/1997) |
| 02/27/1997 |  | REMARK (ROYCE GARROTT) that portion of record on appeal returned by J. Christopher Moore (4 vols transcripts) (fe) (Entered: 02/27/1997) |
| 03/06/1997 |  | RECORD ON APPEAL of ROYCE GARROTT consisting of 2 volumes of pleadings and 1 volume transcript and RECORD ON APPEAL of ZARKA GARROTT consisting of 2 volumes of pleadings and 4 volumes of transcripts returned by attorney Christopher Moore [180-1], [169-1] (djs) (Entered: 03/10/1997) |
| 05/08/1997 | 196 | MOTION (ROYCE GARRETT) for clarification of fine being paid to the BOP through the IFRP (no prop order) by Royce L Garrott (fe) (Entered: 05/09/1997) |
| 06/17/1997 | 197 | ORDER by Chief Judge J. P. Gilbert directing defendant to withdraw his motion for clarification [196-1] or file motion in the form of a petition pursuant to 28 USC 2255 on or before 7/22/97 ; directing clerk to send defendant appropriate 2255 forms (cc: all (fe) (Entered: 06/17/1997) |
| 06/17/1997 |  | REMARK that 28 USC 2255 forms sent to Defendant Garrott per order at document 197 (fe) (Entered: 06/18/1997) |
| 06/17/1997 |  | REQUEST from USCA-7 to transmit Record on Appeal [169-1] (fe) (Entered: 06/18/1997) |
| 06/18/1997 |  | RECORD on Appeal (ROYCE GARROTT) (consisting of two volumes of |

| | | |
|---|---|---|
| | | pleadings, four volumes of transcripts, one evelopes exhibits, five envelopes sealed (in camera) documents, one envelopes loose pleadings (clean jury instructions)) sent to USCA-7 via UPS [169-1] (fe) (Entered: 06/18/1997) |
| 07/31/1997 | | TELEPHONE REQUEST from USCA-7 to transmit partial Record on Appeal [180-1] (ZARKA GARROTT; sentencing transcript and presentence investigation report) (msd) (Entered: 08/06/1997) |
| 08/06/1997 | | PARTIAL RECORD on Appeal (ZARJA GARROTT) (one volumes of sentencing transcript and presentence investigation report) sent to USCA-7 via Federal Express [180-1] (msd) (Entered: 08/06/1997) |
| 08/11/1997 | 198 | MOTION for order granting bail or release pending disposition of the appeal by Royce L Garrott (jep) (Entered: 08/11/1997) |
| 09/22/1997 | 199 | MANDATE from Circuit Court affirming the decision of the District Court [180-1], affirming the decision of the District Court [169-1] ROA was not returned (msd) (Entered: 09/22/1997) |
| 10/30/1997 | 201 | ORDER by Chief Judge J. P. Gilbert denying motion to extend time to file petition for rehearing/reconsideration [200-1] as court does not have jurisdiction to order rehearing or grant extension of time (cc: all counsel, pro se parties and USCA) (msd) Modified on 10/30/1997 (Entered: 10/30/1997) |
| 11/07/1997 | | REMARK that copy of 10/30/97 sent to Zarka Garrott returned marked refused (msd) (Entered: 11/07/1997) |
| 03/17/1998 | | RECORD ON APPEAL (ZARKA GARRETT AND ROYCE GARRETT)(two volumes of pleadings (ROYCE), 5 volumes of transcripts, 1 env loose pleadings, 1 env exhibits, 6 env sealed documents) returned from USCA-7 [180-1], [169-1] (msd) (Entered: 03/18/1998) |
| 04/08/1998 | 202 | ORDER by Chief Judge J. P. Gilbert denying as moot motion for order granting bail or release pending disposition of the appeal [198-1], denying motion for clarification of fine being to the BOP through the IFRP [196-1] (cc: all counsel and Royce Garrott) (vlm) (Entered: 04/08/1998) |
| 07/20/1998 | 203 | REPORT BY U.S. PROBATION OFFICE AND ORDER THEREON by Chief Judge J. P. Gilbert terminating Raymond Aguilar's term of supervised release (cc: all counsel) (vlm) (Entered: 07/20/1998) |
| 08/27/1998 | | PSI & Recommendation sent to Probation as to Raymond Aguilar, Phillip G. Bennett, Kevin Roberts, Royce L. Garrott, Zarka J. Garrott (dka) (Entered: 08/27/1998) |
| 11/04/1998 | | REMARK - defendant, Royce L. Garrott, filed motion under 2255. See civil case #98-4320 for further entries. (dka) (Entered: 11/04/1998) |
| 11/04/1998 | | LETTER to US Attorney re: filing of petition with copy to probation (dka) (Entered: 11/04/1998) |
| | | |

| 12/14/1998 | | REMARK that Defendant Zarka Garrott filed a motion pursuant to 28:2255 (see civil case file 98-4341-JPG) (msd) (Entered: 12/15/1998) |
|---|---|---|
| 03/09/1999 | | RETURN of exhibits by Federal Express to Attorney John E. Abell as to defendant Royce L Garrott - defendant exhibits 1, 2 and 3 with Notice requesting acknowledgment of receipt of exhibits (vlm) (Entered: 03/09/1999) |
| 03/15/1999 | | ACKNOWLEDGMENT of receipt of exhibits by Attorney John E. Abell for defendant Royce L Garrott (vlm) (Entered: 03/15/1999) |
| 03/07/2001 | 204 | ORDER (KEVIN ROBERTS) by Judge J. P. Gilbert granting motion for order of discharge from supervised release [204-1] (cc: all counsel) (msd) (Entered: 03/07/2001) |
| 04/06/2001 | | REMARK: 7 Sealed Envelopes containing Documents 98, 149, 150, 152, 158, 170 and 175 forwarded to ESL Clerk's Office for storage (vlm) (Entered: 04/06/2001) |
| 12/23/2002 | 205 | PRO SE MOTION for an order dismissing case for lack of subject matter jurisdiction pursuant to F.R.Civ.P. 12(h)(3) and 60(b)(4) by Royce L Garrott (vlm) (Entered: 12/26/2002) |
| 01/06/2003 | 206 | ORDER (ROYCE L. GARROTT) by Judge J. P. Gilbert denying motion for an order dismissing case for lack of subject matter jurisdiction pursuant to F.R.Civ.P. 12(h)(3) and 60(b)(4) [205-1]; construing doc #205 as successive collateral attack and dismissing same) (cc: all counsel) (dka) (Entered: 01/06/2003) |
| 01/06/2003 | 207 | MAIL RETURNED in re: copy of Motion to Dismiss for Royce L. Garrott and submitted 1/6/03 to Judge J. P. Gilbert (dka) (Entered: 01/06/2003) |
| 01/13/2003 | 208 | MAIL RETURNED in re: Order at doc #206 for Royce L. Garrott and submitted 1/13/03 to Judge J. P. Gilbert (dka) (Entered: 01/13/2003) |
| 02/24/2003 | | REMARK--Transcript of Grand Jury Return of Indictment hearings prepared by Jane McCorkle and assigned MISC-03-03-B case number and placed in Benton vault--transcript was requested and paid for by Royce L Garrott (see letter on left of file) (djs) (Entered: 02/24/2003) |
| 03/10/2003 | 209 | PRO SE LETTER DOCKETED AS A MOTION for an order to correct address , for order to receive a copy of the Order entered 1/6/03 and for an order allowing filing of Notice of Appeal and to deem Notice of Appeal timely by Royce L Garrott with attachments and with proposed Notice of Appeal (vlm) (Entered: 03/10/2003) |
| 03/17/2003 | 210 | ORDER by Judge J. P. Gilbert granting motion for an order to correct address [209-1], granting motion for order to receive a copy of the Order entered 1/6/03 [209-2], granting motion for an order allowing filing of Notice of Appeal and to deem Notice of Appeal timely [209-3] and construing Notice of Appeal as request for certificate of appealability declining to issue certificate of |

|  |  | appealability (cc: all counsel) (dka) Modified on 03/17/2003 (Entered: 03/17/2003) |
|---|---|---|
| 03/17/2003 | 211 | NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY on behalf defendant Royce L Garrott ; regarding [206-1] (cc: all counsel) (dka) (Entered: 03/18/2003) |
| 03/18/2003 |  | SHORT RECORD transmitted to USCA-7 [211-1] (dka) (Entered: 03/18/2003) |
| 03/18/2003 |  | RECORD ON APPEAL prepared consisting of 2 vols of pleadings, 4 vols of transcripts, 1 env of "clean" jury instr [211-1] (dka) (Entered: 03/18/2003) |
| 03/18/2003 |  | RECORD on Appeal ( 2 volumes of pleadings, 4 volumes of transcripts, 1 envelope "clean" jury instructions) sent to USCA-7 via Fed Ex [211-1] (dka) (Entered: 03/18/2003) |
| 03/24/2003 |  | NOTIFICATION by Circuit Court of Appellate Docket Number regarding [211-1] USCA Number: 03-1712 (jep) (Entered: 03/25/2003) |
| 03/31/2003 |  | REMARK- docketing statement from Royce Garrott forwarded to USCA 7) (dka) (Entered: 03/31/2003) |
| 03/31/2003 | 212 | PRO SE MOTION to appeal in forma pauperis (w/attached account statement) by Royce L Garrott (dka) (Entered: 03/31/2003) |
| 04/03/2003 | 213 | ORDER by Judge J. P. Gilbert denying motion to appeal in forma pauperis [212-1] (cc: all counsel & USCA 7) (dka) (Entered: 04/03/2003) |
| 04/03/2003 |  | LETTER to USCA 7 with copy of order at doc #213 (dka) (Entered: 04/03/2003) |
| 04/10/2003 | 214 | ORDER from USCA directing appellant to pay $105.00 filing fee or file motion to proceed IFP with the court of appeals (jep) (Entered: 04/11/2003) |
| 08/13/2003 | 216 | MANDATE from Circuit Court affirming the decision of the District Court [211-1] USCA date of decision 6/17/03 ROA was returned (dka) (Entered: 08/13/2003) |
| 09/27/2005 | 230 | SEALED MOTION. (Moore, J.) Original document received in Benton Clerk's Office on 9/28/05. Modified on 9/28/2005 (dka, ). (Entered: 09/27/2005) |
| 10/20/2005 | 231 | SEALED ORDER granting 230 Sealed Motion as to Royce L Garrott (5). Signed by Judge J. Phil Gilbert on 10/20/05. (dka, ) (Entered: 10/21/2005) |
| 05/09/2008 | 256 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Royce L Garrott. Transmitted Transfer of Jurisdiction form (Attachments: # 1 letter)(dka, ) (Entered: 05/09/2008) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/20/2008 10:16:38 |

| PACER Login: | us3962 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 4:95-cr-40053-JPG |
| Billable Pages: | 14 | Cost: | 1.12 |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUPPRESSED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 95-40053-JPG |
| | ) |
| v. | ) |
| | ) |
| RAYMOND AGUILAR, | ) Title 21, United States Code, |
| PHILLIP G. BENNETT, | ) Sections 841(a)(1) and 846 |
| KEVIN ROBERTS, | ) |
| LARRY W. HOWARD, | ) |
| ROYCE L. GARROTT and | ) |
| ZARKA J. GARROTT, | ) |
| | ) |
| Defendants. | ) |

FILED

AUG 9 1995

STUART J. O'HARE
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or about June 1991, to on or about July, 1995, in Franklin and Jefferson Counties, within the Southern District of Illinois,

**RAYMOND AGUILAR,
PHILLIP G. BENNETT and
KEVIN ROBERTS,**

defendants herein, did knowingly and intentionally conspire, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about the 16th day of August, 1993, in Franklin County, within the Southern District of Illinois,

### KEVIN ROBERTS

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3

On or about the 16th day of August, 1993, in Jefferson County, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 4

On or about the 23rd day of August, 1993, in Franklin County, within the Southern District of Illinois,

### RAYMOND AGUILAR

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 5

On or about the 31st day of August, 1993, in Jefferson County, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

2

## COUNT 6

On or about the 31st day of August, 1993, in Franklin County, within the Southern District of Illinois,

### KEVIN ROBERTS

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).


## COUNT 7

On or about the 16th day of September, 1993, in Jefferson County, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).


## COUNT 8

On or about December, 1994, to July 8, 1995, in Franklin and Jefferson Counties, Illinois, within the Southern District of Illinois,

### ZARKA J. GARROTT,
### ROYCE L. GARROTT,
### LARRY W. HOWARD, and
### PHILLIP G. BENNETT,

defendants herein, did knowingly and intentionally conspire, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine base, commonly known as "crack", a Schedule II, Narcotic Controlled Substance, in

3

violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.


### COUNT 9

On or about the 10th day of May, 1995, in Jefferson County, within the Southern District of Illinois,

### LARRY W. HOWARD

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine base, commonly known as "crack", a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).


A TRUE BILL

_____
FOREPERSON


_____
W. CHARLES GRACE
United States Attorney

Recommended Bond:  Detention


4

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 95-40053-JPG |
| v. | ) | |
| PHILLIP G. BENNETT, | ) | Title 21, United States Code, |
| LARRY W. HOWARD, | ) | Sections 841(a)(1) and 846 |
| ROYCE L. GARROTT and | ) | |
| ZARKA J. GARROTT, | ) | |
| Defendants. | ) | |

**FILED**

FEB 7 1996

**SECOND SUPERSEDING INDICTMENT**

STUART J. O'HARE
CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or about June 1991, to on or about July 1995, in Franklin and Jefferson Counties, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally conspire, and agree together and with each other, and with other persons known and unknown to the Grand Jury, including but not limited to Kevin Roberts and Raymond Aguilar who are not indicted herein but have been indicted elsewhere, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about the 16th day of August 1993, in Jefferson County, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

82

### COUNT 3

On or about the 31st day of August 1993, in Jefferson County, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 4

On or about the 16th day of September 1993, in Jefferson County, within the Southern District of Illinois,

### PHILLIP G. BENNETT

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine, a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 5

On or about December 1994, to July 8, 1995, in Franklin and Jefferson Counties, Illinois, within the Southern District of Illinois,

### ZARKA J. GARROTT,
### ROYCE L. GARROTT,
### LARRY W. HOWARD,
### PHILLIP G. BENNETT,

defendants herein, did knowingly and intentionally conspire, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine base, commonly known as "crack", a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

2

### COUNT 6

On or about the 8th day of July 1995, in Jefferson County, within the Southern District of Illinois,

### LARRY W. HOWARD

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine base, commonly known as "crack," a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 7

On or about the 8th day of July 1995, in Jefferson County, within the Southern District of Illinois,

### ZARKA GARROTT and ROYCE GARROTT

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing cocaine base, commonly known as "crack," a Schedule II Narcotic Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL**

FOREPERSON

W. CHARLES GRACE
United States Attorney

Recommended Bond:    Bennett – Continue Bond
                     R. Garrott – detention
                     Z. Garrott – detention
                     Howard – detention

3

AO 245B (Rev. 3/95) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Illinois

UNITED STATES OF AMERICA
v.

**ROYCE L. GARROTT**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number:  4:95CR40053-005

John R. Abell

Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)  **5 and 7 of the Second Superseding Indictment.**
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. ' 846 | Conspiracy to distribute and Possession With Intent to Distribute Cocaine Base | 07/30/1995 | 5 |
| 21 U.S.C. ' 841 (a)(1) | Distribute and Possession With Intent to Distribute cocaine Base | 07/30/1995 | 7 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**08/20/1996**

Date of Imposition of Judgmen

Signature of Judicial Officer

**J. PHIL GILBERT**

**CHIEF JUDGE**

Name & Title of Judicial Officer

**IL**

Date _August 20, 1996_

AO 245B (Rev. 3/95) Sheet 2 - Imprisonment

DEFENDANT:    **ROYCE L. GARROTT**
CASE NUMBER:    **4:95CR40053-005**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   __262    month(s)__   .

**262 months on Counts 5 & 7 to run concurrent with each other.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m.   on _____ ,

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHA

By _____

Deputy U.S. Mar

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

Judgment-Pag __3__ of __6__

DEFENDANT:     ROYCE L. GARROTT
CASE NUMBER:   4:95CR40053-005

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____ 10 _____ year(s) .

10 years on Counts 5 & 7 to run concurrent with each other.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

DEFENDANT:      ROYCE L. GARROTT
CASE NUMBER:    4:95CR40053-005

## ADDITIONAL SUPERVISED RELEASE TERMS

    The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependency, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility.

AO 245B (Rev. 3/95) Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT:      **ROYCE L. GARROTT**
CASE NUMBER:    **4:95CR40053-005**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|            | **Assessment** | **Fine** | **Restitution** |
|------------|----------------|----------|-----------------|
| **Totals:** | $      100.0   | $   5,000.0 | $            |

☐  If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .   $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒  The interest requirement is waived.

    ☐  The interest requirement is modified as follows:

## RESTITUTION

☐  The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|------------------------|-------------------------------|------------------------------------------|
|               |                        |                               |                                          |

|            | Totals: | $ _____ | $ _____ |
|------------|---------|------------------|------------------|

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245B (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Pag ___5___ of ___6___

DEFENDANT:      **ROYCE L. GARROTT**
CASE NUMBER:    **4:95CR40053-005**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Payment of any unpaid balance shall be condition of supervision & the probation officer shall establish and may periodically modify payment schedule provided the entire financial penalty is paid no later than termination of supervision but in no event, no later than 5 years after release from incarceration.**

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.